UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

CASE NUMBER: 23-62249-CIV-DIMITROULEAS

ERIC ROGERS,

    Plaintiff,

vs.

JEFFERSON SQUARE HOLDINGS, LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Eric Rodgers, and Defendant, Jefferson Square Holdings, LLC, by and through their respective undersigned counsel, pursuant to the settlement agreement between the parties, stipulate to the dismissal of this cause with prejudice with each side to bear its own costs and attorneys' fees.

Dated this 25th day of January, 2024.

| | |
|---|---|
| **ALBERTO R. LEAL, ESQ., P.A.** | **MINERLEY FEIN, P.A.** |
| Attorney for Plaintiff | Attorney for Defendant |
| 8927 Hypoluxo Rd., #57 | 1200 N. Federal Hwy, Suite 420 |
| Lake Worth, FL 33467 | Boca Raton, Florida 33432 |
| Ph.: (954) 637-1868 | Ph.: (561) 362-6699 |
| Email: albertolealesq@gmail.com | Fax: (561) 477-9884 |
| | Primary Email: ken@minerleyfein.com |
| | Secondary Email: Fileclerk@minerleyfein.com |
| | Litigation@minerleyfein.com |
| By: */s/* Alberto L. Real | By: */s/* Kenneth L. Minerley |
|     Alberto L. Real, Esq |     Kenneth L. Minerley, Esq. |
|     FBN: 1002345 |     FBN: 521840 |